No. 97–250. SCHILDT *v.* SOUVAL, 8TH DISTRICT PROSECUTOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–254. ALEXANDER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–255. JONES *v.* SUPREME COURT OF THE UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–256. MCGIRT *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–257. VOINCHE *v.* CENTRAL INTELLIGENCE AGENCY. C. A. 5th Cir. Certiorari denied.

No. 97–258. MILLER *v.* STONEHEDGE/FASA-TEXAS JDC, LIMITED PARTNERSHIP. C. A. 5th Cir. Certiorari denied.

No. 97–262. EPLAND, PERSONAL REPRESENTATIVE OF THE ESTATE OF EPLAND, DECEASED *v.* LUMBERMEN'S MUTUAL CASUALTY CO. ET AL. Sup. Ct. Minn. Certiorari denied.

No. 97–264. FIORE, T/A FIORE TRUCKING AND CONTRACTING *v.* PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 97–268. RICHBURG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–272. LEASURE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–274. BOND *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–275. SHAFFER *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–281. C. R. W. *v.* OFFICE OF BAR ADMISSIONS, SUPREME COURT OF GEORGIA. Sup. Ct. Ga. Certiorari denied.